LATHAM & WATKINS LLP
  Perry J. Viscounty (Bar No. 132143)
*perry.viscounty@lw.com*
505 Montgomery, Suite 2000
San Francisco, CA 94111
(415) 395-8126 / (415) 463-2600 Fax

LATHAM & WATKINS LLP
  Ryan R. Owens (Bar No. 228066)
*ryan.owens@lw.com*
  Bradley A. Hyde (Bar No. 301145)
*bradley.hyde@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, CA  92626
(714) 540-1235 / (714) 755-8095 Fax

Attorneys for Plaintiff
craigslist, Inc.

TECHCOASTLAW®
  Frank M. Weyer (State Bar No. 127011)
*fweyer@techcoastlaw.com*
2032 Whitley Ave.
Los Angeles CA 90068
Telephone: (310) 494-6616
Facsimile: (310) 494-9089

Attorney for Defendant
EveryMD.com LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAIGSLIST, INC., a Delaware corporation,<br><br>              Plaintiff,<br><br>      v.<br><br>EVERYMD.COM LLC, a California limited liability company,<br><br>              Defendant. | Case No.  3:16-cv-03421-EMC<br><br>**STIPULATION EXTENDING TIME TO FILE JOINT CLAIM CONSTRUCTION STATEMENT**<br><br>Assigned to Hon. Edward M. Chen |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

Case No.: 3:16-cv-03421-EMC
STIPULATION TO EXTEND TIME TO FILE JOINT
CLAIM CONSTRUCTION STATEMENT

Pursuant to Civil Local Rules 6-1, 6-2 and 7-12, and related rules, Plaintiff craigslist, Inc. ("craigslist") and Defendant EveryMD.com LLC ("EveryMD") (collectively, "the Parties") hereby jointly stipulate to extend the time for the Parties to file their Joint Claim Construction Statement.

WHEREAS, the Parties' Joint Claim Construction Statement is currently due January 26, 2017 (Dkt. No. 38);

WHEREAS, the Parties have agreed to terms of settlement to dismiss the current action and are in the process of obtaining the respective signatures;

WHEREAS, this time modification would assist in the resolution of this matter.

**IT IS HEREBY STIPULATED** by and among the Parties hereto, through their respective attorneys of record, and subject to the approval of the Court that:

1. The deadline for the Parties to file their Joint Claim Construction statement shall be extended from January 26, 2017 to February 2, 2017.

**IT IS SO STIPULATED.**

Dated: January 26, 2017               LATHAM & WATKINS LLP

                                      By */s/ Ryan R. Owens*
                                         Ryan R. Owens
                                         Perry J. Viscounty
                                         Bradley A. Hyde

                                         Attorneys for Plaintiff
                                         CRAIGSLIST, INC.


Dated: January 26, 2017               TECHCOASTLAW

                                      By */s/ Frank M. Weyer*
                                         Frank M. Weyer

                                         Attorney for Defendant
                                         EVERYMD.COM LLC

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

Case No.: 3:16-cv-03421-EMC
STIPULATION TO EXTEND TIME TO FILE JOINT
CLAIM CONSTRUCTION STATEMENT

## ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from the other signatory.

Dated: January 26, 2017

*/s/ Ryan R. Owens*
Ryan R. Owens

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____January 27_____, 2017

Hon. Edward M. Chen
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

Case No.: 3:16-cv-03421-EMC
STIPULATION TO EXTEND TIME TO FILE JOINT
CLAIM CONSTRUCTION STATEMENT