LATHAM & WATKINS LLP
  Perry J. Viscounty (Bar No. 132143)
*perry.viscounty@lw.com*
505 Montgomery, Suite 2000
San Francisco, CA 94111
(415) 395-8126 / (415) 463-2600 Fax

LATHAM & WATKINS LLP
  Ryan R. Owens (Bar No. 228066)
*ryan.owens@lw.com*
  Bradley A. Hyde (Bar No. 301145)
*bradley.hyde@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, CA  92626
(714) 540-1235 / (714) 755-8095 Fax

Attorneys for Plaintiff
craigslist, Inc.

TECHCOASTLAW®
  Frank M. Weyer (State Bar No. 127011)
*fweyer@techcoastlaw.com*
2032 Whitley Ave.
Los Angeles CA 90068
Telephone: (310) 494-6616
Facsimile: (310) 494-9089

Attorney for Defendant
EveryMD.com LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAIGSLIST, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>EVERYMD.COM LLC, a California limited liability company,<br><br>            Defendant. | Case No.  3:16-cv-03421-EMC<br><br>**STIPULATION EXTENDING TIME TO FILE JOINT CLAIM CONSTRUCTION STATEMENT**<br><br>Assigned to Hon. Edward M. Chen |

1  Pursuant to Civil Local Rules 6-1, 6-2 and 7-12, and related rules, Plaintiff craigslist, Inc. ("craigslist") and Defendant EveryMD.com LLC ("EveryMD") (collectively, "the Parties") hereby jointly stipulate to extend the time for the Parties to file their Joint Claim Construction Statement.

WHEREAS, the Parties' Joint Claim Construction Statement is currently due February 2, 2017 (Dkt. No. 48);

WHEREAS, the Parties' have executed a confidential settlement agreement in which they agreed to dismiss the current action upon completion of certain conditions precedent that are required to occur within 10 days of execution of the agreement, and are awaiting completion of those conditions precedent before filing the respective joint stipulation of dismissal;

WHEREAS, this time modification would assist in the resolution of this matter.

**IT IS HEREBY STIPULATED** by and among the Parties hereto, through their respective attorneys of record, and subject to the approval of the Court that:

1. The deadline for the Parties to file their Joint Claim Construction statement shall be extended from February 2, 2017 to February 10, 2017.

**IT IS SO STIPULATED.**

Dated:  February 2, 2017

LATHAM & WATKINS LLP

By */s/ Ryan R. Owens*
Ryan R. Owens
Perry J. Viscounty
Bradley A. Hyde

Attorneys for Plaintiff
CRAIGSLIST, INC.

Dated:  February 2, 2017

TECHCOASTLAW

By */s/ Frank M. Weyer*
Frank M. Weyer

Attorney for Defendant
EVERYMD.COM LLC

**ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from the other signatory.

Dated: February 2, 2017  /s/ Ryan R. Owens
Ryan R. Owens

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: February 3, 2017

Hon. Edward M. Chen
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen